UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| Anthony Solis, | 20 Civ. 5105 (AKH)(SLC) |
| Plaintiff, | |
| | **NOTICE OF SETTLEMENT** |
| -against- | |
| | A suggestion of settlement having been made, this case is dismissed. If settlement is not consummated within 60 days of the date of this order, either party may apply by letter for restoration of the action. All pending court dates are canceled. The Clerk is respectfully directed to close the case and to close the open motion at ECF No. 16. |
| Guard Management Service Corp., 666 Fifth Associates LLC, Local 32BJ, Service Employees International Union and Patick Busgitch, | |
| Defendants. | So ordered.    /s/ Alvin K. Hellerstein |
| | October 28, 2020 |

---------------------------------------------------------------x

Now comes the Plaintiff Anthony Solis, by and through counsel, to provide notice to the Court that the present cause has been settled between Plaintiff and Defendants Guard Management Service Corp., Local 32BJ, Service Employees International Union and Patick Busgitch, and state:

1. A Settlement Agreement ("Agreement") is in the process of being finalized amongst Plaintiff and Defendants Guard Management Service Corp., Local 32BJ, Service Employees International Union and Patick Busgitch. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for sixty (60) days to assure that the Agreement is executed, and that the settlement payment has been cleared.

Dated: New York, New York
October 27, 2020

Respectfully submitted,

By: /s/*Jonathan Shalom*
Jonathan Shalom, Esq.
Jonathan@ShalomLawNY.com
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel: (718) 971-9474
**ATTORNEYS FOR PLAINTIFF**