UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ANTHONY SOLIS,

                                    Plaintiff,

     -against-

GUARD MANAGEMENT SERVICE CORP., 666
FIFTH ASSOCIATES LLC, LOCAL 32BJ, SERVICE
EMPLOYEES INTERNATIONAL UNION, and
PATRICK BUSGITCH,

                                  Defendants.
-------------------------------------------------------------------X

**Case No.: 1:20-cv-5105 (AKH) (SLC)**

**<u>NOTICE OF MOTION</u>**

     **PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law in support, Plaintiff Anthony Solis (hereinafter the "Plaintiff") hereby respectfully moves this Court, before the Hon. Alvin K. Hellerstein, U.S.D.J., at the United States District Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an Order, pursuant to Fed. R. Civ. P. 41(a)(2), voluntarily dismissing the claims solely against Defendants Guard Management Service Corp., Local 32BJ Service Employees International Union, and Patrick Busgitch, such that Plaintiff may proceed with his remaining claims against Defendant 666 Fifth Associates LLC, and for such other and further relief this honorable Court deems just, equitable, and proper.

Dated:  Forest Hills, New York
         May 2, 2021                          Respectfully submitted,

                                                     **SHALOM LAW, PLLC**
                                                     _____/s_____
                                                     Jonathan Shalom, Esq.
                                                     105-13 Metropolitan Avenue
                                                   Forest Hills, NY 11375-6737
                                                   (718) 971-9474 (office)
                                                   jonathan@shalomlawny.com

                                                   *Attorneys for Plaintiff*