UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

ANTHONY SOLIS,

        Plaintiff,

  -against-

GUARD MANAGEMENT SERVICE CORP., 666 FIFTH ASSOCIATES LLC, LOCAL 32BJ SERVICE EMPLOYEES INTERNATIONAL UNION and PATRICK BUSGITCH,

        Defendants.

------------------------------------------------------- X

CASE NO. 1:20-cv-05105-AKH

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned counsel hereby appears as counsel on behalf of Defendant 666 FIFTH ASSOCIATES LLC ("Defendant") in the above-captioned action.

Dated: Melville, New York
       June 16, 2021

LITTLER MENDELSON P.C.

By: */s/ Lisa M. Griffith*
    Lisa M. Griffith
    lgriffith@littler.com
    290 Broadhollow Road
    Suite 305
    Melville, NY  11747
    Telephone:  631.247.4709

*Attorneys for Defendant 666 FIFTH ASSOCIATES LLC*