UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
ANTHONY SOLIS,

        Plaintiff,

  -against-

GUARD MANAGEMENT SERVICE CORP., 666 FIFTH ASSOCIATES LLC, LOCAL 32BJ SERVICE EMPLOYEES INTERNATIONAL UNION and PATRICK BUSGITCH,

        Defendants.
------------------------------------------------------- X

CASE NO. 1:20-cv-05105-AKH

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears as counsel on behalf of Defendant 666 FIFTH ASSOCIATES LLC ("Defendant") in the above-captioned action.

Dated: Melville, New York
       June 17, 2021

LITTLER MENDELSON P.C.

By: */s/ Keegan Sapp*
   Keegan Sapp
   ksapp@littler.com
   290 Broadhollow Road
   Suite 305
   Melville, NY 11747
   Telephone: 631.247.4724

*Attorneys for Defendant 666 FIFTH ASSOCIATES LLC*