

**Littler Mendelson P.C.**
290 Broadhollow Road
Suite 305
Melville, NY 11747

Lisa M. Griffith
631.247. 4709 direct
631.247.4700 main
lgriffith@littler.com

June 16, 2021

*So ordered.*

**VIA ECF**

/s/ Hon. Alvin K. Hellerstein
June 17, 2021

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204

Re: Solis v. 666 Fifth Associates LLC
Docket No. 20-cv-05105 (AKH)

Dear Judge Hellerstein:

We recently finalized our retention of Defendant 666 Fifth Associates LLC ("666 Fifth") in the above-referenced action. We write to respectfully request an extension of time to July 6, 2021 for 666 Fifth to respond to the Complaint. Plaintiff's counsel consents to this request. The extension of time is necessary to complete our investigation into the allegations raised in the Complaint. This is the first request for an extension of time to respond to the Complaint.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Littler Mendelson P.C.

/s/ *Lisa M. Griffith*

Lisa M. Griffith

cc: All attorneys of record (via ECF)

4837-6709-9119.1 / 000000-0001

littler.com