

**Littler Mendelson P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Lisa M. Griffith
631.247. 4709 direct
631.247.4700 main
lgriffith@littler.com

July 2, 2021

**VIA ECF**

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204

Re:  Solis v. 666 Fifth Associates LLC
      Docket No. 20-cv-05105 (AKH)

Dear Judge Hellerstein:

This firm represents 666 Fifth Associates LLC ("666 Fifth") in the above-referenced action.  We write to respectfully request a 30-day extension of time from July 7, to August 5, 2021 for 666 Fifth to respond to the Complaint.  The reason for this request is that 666 Fifth's ownership interests have changed over the years, and we need the additional time to understand whether 666 Fifth was involved with Plaintiff Antony Solis' employment.   Our investigation into this matter thus far demonstrates to us that 666 Fifth was not Plaintiff's employer.  Moreover, if  Plaintiff is arguing that 666 Fifth is a joint employer, which we respectfully deny at this juncture, it is our understanding from the filing at docket entry no. 30, dated December 21, 2020, that the release Plaintiff agreed to in the settlement agreement released "any co-employers and joint employers" from this claim.

On June 30, 2021 we emailed Plaintiff's counsel requesting an additional 30-day extension of time to respond to the Complaint.  He did not consent because, he said, his client did not want to delay his "just compensation."  Plaintiff's counsel consented to a 14-day extension only after we asked him how an additional thirty days will delay compensation where, among other things:

1. this matter has already been settled and Plaintiff has been paid for his alleged damages;

2. Plaintiff waited over 10 months to "serve" 666 Fifth;

3. Plaintiff did not invite 666 Fifth to the mediation held, which could have expedited compensation to the Plaintiff.

littler.com

Honorable Alvin K. Hellerstein
July 2, 2021
Page 2

We do not believe a 14-day extension is sufficient time to complete our investigation and prepare the appropriate response. For this reason, we are respectfully requesting a 30-day extension of time to respond to the Complaint. This is the second request for an extension of time to respond to the Complaint.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Littler Mendelson P.C.

/s/ *Lisa M. Griffith*

Lisa M. Griffith
Keegan B. Sapp

cc:   All attorneys of record (via ECF)

4852-2007-5760.1 / 000000-0001