

**ATTORNEYS & COUNSELORS-AT-LAW**

**Phone:** (718) 971-9474 | **Fax:** (718) 865-0943 | **Email:** jonathan@shalomlawny.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375-6737

July 26, 2021

**VIA ECF**
United States District Court
Southern District of New York
Attn: Hon. Alvin K. Hellerstein, U.S.D.J.
500 Pearl Street, Room 1050
New York, NY 10007-1312

*So ordered*
*7-28-21*
*/s/ Alvin K. Hellerstein*

    *Re:*    **Solis v. 666 Fifth Associates LLC**
             **Case No.: 1:20-cv-5105 (ALK) (SLC)**

Dear Judge Hellerstein:

This office represents Plaintiff Anthony Solis (hereinafter "Plaintiff") in the above-referenced case. Plaintiff writes to respectfully seek a two (2) week extension of time to file opposition papers to the Defendants' motion to dismiss.

The reason the request is necessary is because of your undersigned's deadlines in other cases and Plaintiff was otherwise completely unaware of Defendants' intention to file the instant motion despite the fact counsel for the parties were otherwise communicating with each other concerning this case. Defendants only consent to an adjournment of one (1) week, which Plaintiff respectfully submits is insufficient time for Plaintiff to properly brief his opposition.

Accordingly, Plaintiff respectfully submits that good cause exists for the requested extension. See Fed. R. Civ. P. 6(b)(1)(A). Plaintiff thanks this Court for its time and attention to this case.

Dated: Forest Hills, New York
          July 26, 2021                        Respectfully submitted,

                                                  **SHALOM LAW, PLLC**
                                                  /s/ *Jonathan Shalom*
                                                  Jonathan Shalom, Esq.
                                                  105-13 Metropolitan Avenue
                                                  Forest Hills, NY 11375-6737
                                                  (718) 971-9474 (office)
                                                  (718) 865-0943 (facsimile)
                                                  jonathan@shalomlawny.com

                                                  *ATTORNEYS FOR PLAINTIFF*

All counsel of record (via ECF).